# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

Northern Insurance Company Of New York,

    Plaintiff,

v.

Sara H. Orrick dba Pacific Underground Services; et al.,

    Defendants.

No. C 05 02319 MEJ

**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**

**ADR CERTIFICATION**

The parties stipulate to participate in the following ADR process:

**Court Processes:**

☐ Arbitration      ☐ ENE      ☐ Mediation

*(To provide additional information regarding timing of session, preferred subject matter expertise of neutral, or other issues, please attach a separate sheet.)*

**Private Process:**

☒ Private ADR – JAMS (please refer to attachment regarding the parties' intent regarding the private ADR process).

---

Dated: September 13, 2005

Michael R. Velladao
Jeffrey A. Meyers
Attorneys for Plaintiff NORTHERN INSURANCE COMPANY OF NEW YORK

Dated: _____

John G. Platt
Attorney for Defendant BRANDON VAN BOOVEN

Dated: _____

Jack Eskridge
Attorney for [illegible] ORRICK and RANDALL [illegible]

**IT IS SO ORDERED:**

Dated: September 18, 2005

*Judge Maria-Elena James*
UNITED STATES DISTRICT JUDGE

(1)

STIP. AND ORDER SELECTING ADR PROCESS/CERTIFICATION – NO. C 05 02319 MEJ

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Northern Ins Co of New York

        Plaintiff(s),

   v.

Orrick

        Defendant(s).

Case No. C 05 02319 MEJ

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 08-18-2005

Dated: Sept. 13, 2005

NORTHERN INSURANCE COMPANY OF NEW YORK

By: /s/ Marwa Caballero
[Party] Plaintiff

/s/
[Counsel] Jeffrey A. Meyers
Counsel for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Northern Insurance Company Of New York, | No. C 05 02319 MEJ |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |
| v. | ADR CERTIFICATION |
| Sara H. Orrick dba Pacific Underground Services; et al., | |
| Defendants. | |

The parties stipulate to participate in the following ADR process:

**Court Processes:**

☐ Arbitration     ☐ ENE     ☐ Mediation

*(To provide additional information regarding timing of session, preferred subject matter expertise of neutral, or other issues, please attach a separate sheet.)*

**Private Process:**

☒ Private ADR – JAMS (please refer to attachment regarding the parties' intent regarding the private ADR process).

Dated: September 13, 2005

Michael R. Velladao
Jeffrey A. Meyers
Attorneys for Plaintiff NORTHERN
INSURANCE COMPANY OF NEW YORK

Dated: _____

John G. Platt
Attorney for Defendant BRANDON VAN BOOVEN

Dated: 9/14/05

Jack Eskridge
Attorney for Defendants SARA H. ORRICK and RANDALL R. ORRICK

**IT IS SO ORDERED:**

Dated: _____

UNITED STATES DISTRICT JUDGE

STIP. AND ORDER SELECTING ADR PROCESS/CERTIFICATION – NO. C 05 02319 MEJ

(3)

SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

*(Note: This Certification must be signed by each party and its counsel.)*

Dated: Sept 14, 2005       [signature]
                            Defendant Sara H. Orrick

Dated: Sept 14, 2005       [signature]
                            Defendant Randall R. Orrick  By — [signature] Sara H. Orrick

Dated: Sept. 14 2005       [signature]
                            Jack Eskridge, Esq., Counsel for
                            Defendants Sarah H. Orrick and Randall R. Orrick

Dated: _____          _____
                            Defendant Brandon Van Booven

Dated: _____          _____
                            John G. Platt, Esq., Counsel for Defendant Brandon Van Booven

Dated Sept. 14, 2005    Pacific Underground Services
                        By: owner/partner
                        [signature]
                        SARA H. ORRICK

4847-0593-9968

-2-
STIP. AND ORDER SELECTING ADR PROCESS/CERTIFICATION – NO. C 05 02319 MEJ

④

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Northern Insurance Company Of New York, | No. C 05 02319 MEJ |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |
| v. | ADR CERTIFICATION |
| Sara H. Orrick dba Pacific Underground Services; et al., | |
| Defendants. | |

The parties stipulate to participate in the following ADR process:

**Court Processes:**

☐ Arbitration      ☐ ENE      ☐ Mediation

*(To provide additional information regarding timing of session, preferred subject matter expertise of neutral, or other issues, please attach a separate sheet.)*

**Private Process:**

☒ Private ADR – JAMS (please refer to attachment regarding the parties' intent regarding the private ADR process).

Dated: September 13, 2005

Michael R. Velladao
Jeffrey A. Meyers
Attorneys for Plaintiff NORTHERN INSURANCE COMPANY OF NEW YORK

Dated: Sept 13, 2005

John G. Platt
Attorney for Defendant BRANDON VAN BOOVEN

Dated: _____

Jack Eskridge
Attorney for Defendants SARA H. ORRICK and RANDALL R. ORRICK

**IT IS SO ORDERED:**

Dated: _____

UNITED STATES DISTRICT JUDGE

STIP. AND ORDER SELECTING ADR PROCESS/CERTIFICATION – NO. C 05 02319 MEJ

## SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

(Note: This Certification must be signed by each party and its counsel.)

Dated: _____
Defendant Sara H. Orrick

Dated: _____
Defendant Randall R. Orrick

Dated: _____
Jack Eskridge, Esq., Counsel for Defendants Sarah H. Orrick and Randall R. Orrick

Dated: 9-14-05  [signature]
Defendant Brandon Van Booven

Dated: Sept 13, 2005  [signature]
John G. Platt, Esq., Counsel for Defendant Brandon Van Booven

4847-0593-9968

-2-
STIP. AND ORDER SELECTING ADR PROCESS/CERTIFICATION – NO. C 05 02319 MEJ

# ATTACHMENT TO STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS/ADR CERTIFICATION

It is the parties' desire to satisfy Northern District Local Rule 16-8 and ADR Local Rule 3 regarding selection of an ADR process through the private mediation of the underlying lawsuit styled *Brandon W. Van Booven v. Sara H. Orrick, individually and dba Pacific Underground Services; Randall R. Orrick, individually and dba Pacific Underground Services; Pacific Underground Services; and Does 1-25*, Contra Costa County Superior Court Case No. C 04-01838 ("*Van Booven* lawsuit") that is the subject of the present Declaratory Relief action. A settlement mediation was previously scheduled to take place in the *Van Booven* lawsuit before JAMS mediator Judge Ellen James (Ret. Contra Costa Superior Court) on September 20, 2005 but was cancelled. The parties have no objection to holding a future mediation before Judge James and intend to schedule a mediation within the next one hundred (100) days.

