1 | **LEWIS BRISBOIS BISGAARD & SMITH LLP**
Michael R. Velladao, SB# 110075
2 | velladao@lbbslaw.com
Jeffrey A. Meyers, SB# 175474
3 | meyers@lbbslaw.com
221 North Figueroa Street, Suite 1200
4 | Los Angeles, California  90012
Telephone:      (213) 250-1800
5 | Facsimile:      (213) 250-7900

6 | Attorneys for Plaintiff
NORTHERN INSURANCE COMPANY OF NEW YORK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| Northern Insurance Company of New York, | Case No.:   C 05 02319 MMC |
|---|---|
| Plaintiff, | STIPULATION AND ORDER OF DISMISSAL [FRCP 41(a)(1)] |
| vs. | |
| Sara H. Orrick dba Pacific Underground Services; Randall R. Orrick dba Pacific Underground Services; and Brandon W. Van Booven, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be dismissed with prejudice pursuant to FRCP 41(a)(1). The parties are to bear their own attorney's fees and costs.

STIPULATION AND ORDER OF DISMISSAL - C 05 02319 MMC

```
 1  DATED: April 18, 2006        LEWIS BRISBOIS BISGAARD & SMITH LLP
 2
 3                               By_____
 4                                     Michael R. Velladao
                                       Jeffrey A. Meyers
 5                                     Attorneys for Plaintiff
                                       NORTHERN INSURANCE COMPANY OF NEW YORK
 6  DATED: April __, 2006
 7
 8
                                 By_____
 9                                     Jack Eskridge
                                       Attorneys for Defendants
10                                     SARA H. ORRICK and RANDALL R. ORRICK
11  DATED: April __, 2006
12
13
                                 By_____
14                                     John Platt
                                       Attorneys for Defendant
15                                     BRANDON W. VAN BOOVEN
16  PURSUANT TO STIPULATION, IT IS SO ORDERED:
17
18
    DATED: _____, 2006       _____
19                                     HON. MAXINE M. CHESNEY
```

-2-
STIPULATION AND ORDER OF DISMISSAL - C 05 02319 MMC

```
 1  DATED: April 18, 2006      LEWIS BRISBOIS BISGAARD & SMITH LLP
 2
 3                             By_____
 4                                  Michael R. Velladao
                                    Jeffrey A. Meyers
 5                                  Attorneys for Plaintiff
                                    NORTHERN INSURANCE COMPANY OF NEW YORK
 6  DATED: April 25, 2006
 7
 8
 9                             By_____
                                    Jack Eskridge
10                                  Attorneys for Defendants
                                    SARA H. ORRICK and RANDALL R. ORRICK
11  DATED: April __, 2006
12
13
14                             By_____
                                    John Platt
15                                  Attorneys for Defendant
                                    BRANDON W. VAN BOOVEN
16
    PURSUANT TO STIPULATION, IT IS SO ORDERED:
17
18
    DATED: _____, 2006    _____
19                                  HON. MAXINE M. CHESNEY
```

-2-

```
 1   DATED: April 18, 2006      LEWIS BRISBOIS BISGAARD & SMITH LLP
 2
 3                              By_____
 4                                  Michael R. Velladao
                                    Jeffrey A. Meyers
 5                                  Attorneys for Plaintiff
                                    NORTHERN INSURANCE COMPANY OF NEW YORK
 6   DATED: April __, 2006
 7
 8
                                By_____
 9                                  Jack Eskridge
                                    Attorneys for Defendants
10                                  SARA H. ORRICK and RANDALL R. ORRICK
11   DATED: April 19, 2006
12
13
14                              By_____
                                    John Platt
15                                  Attorneys for Defendant
                                    BRANDON W. VAN BOOVEN
16
     PURSUANT TO STIPULATION, IT IS SO ORDERED:
17
18
     DATED: April 28, 2006       _____
19                                  HON. MAXINE M. CHESNEY
```

-2-